IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 07-00064-01-CR-W-SOW |
| RONALD SHUFELT, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On April 20, 2007, defendant moved for a judicial determination of mental competency. Defendant was examined by Elissa R. Miller, Psy.D., a forensic psychologist, who prepared a report dated July 16, 2007.

On August 15, 2007, I held a competency hearing. Defendant was present, represented by David Kelly. The government was represented by Assistant United States Attorney Christina Tabor. The parties stipulated to the contents and findings of Dr. Miller as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

---

[1]"Tr". refers to the transcript of the competency hearing.

Counsel have waived the ten-day objection period and are instructed to file any objections to this Report and Recommendation by August 17, 2007.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
August 16, 2007