IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 07-00064-01-CR-W-SOW |
| RONALD SHUFELT, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

Pursuant to the order of the Court en banc of the United States District Court for

the Western District of Missouri, a pretrial conference was held in the above-entitled

cause before me on May 7, 2008. Defendant Ronald Shufelt appeared in person and

with appointed counsel David Kelly. The United States of America appeared by United

States Attorney John Wood.

## I.     BACKGROUND

On February 7, 2007, an indictment was returned charging defendant with

possessing a firearm after having been convicted of felonies, in violation of 18 U.S.C. §§

922(g)(1) and 924(e)(1).

The following matters were discussed and action taken during the pretrial

conference:

## II.     TRIAL COUNSEL

Mr. Wood announced that he will be the trial counsel for the government. The

case agent to be seated at counsel table is Wayne Hartley, ATF.

Mr. Kelly announced that he will be the trial counsel for defendant Ronald Shufelt.  Ms. Dana Altieri will assist.

### III.    OUTSTANDING MOTIONS

There are no pending motions in this case.

### IV.    TRIAL WITNESSES

Mr. Wood announced that the government intends to call 8 witnesses with stipulations during the trial.

Mr. Kelly announced that defendant Ronald Shufelt intends to call 2 witnesses during the trial.  The defendant may testify.

### V.    TRIAL EXHIBITS

Mr. Wood announced that the government will offer approximately 40 to 50 exhibits in evidence during the trial.

Mr. Kelly announced that defendant Ronald Shufelt will offer approximately 1 exhibit in evidence during the trial.

### VI.    DEFENSES

Mr. Kelly announced that defendant Ronald Shufelt will rely on the defense of general denial.

### VII.    POSSIBLE DISPOSITION

Mr. Kelly stated this case is definitely for trial.

### VIII.   STIPULATIONS

Stipulations have been executed as to prior felony conviction and interstate nexus of the firearm.

2

## IX.  TRIAL TIME

Counsel were in agreement that this case will take 2 to 3 days to try.

## X.  EXHIBIT LIST, VOIR DIRE AND INSTRUCTIONS

The U. S. Magistrate Judge ordered:

That, in addition to the requirements of the Stipulations and Orders filed February 27, 2008, counsel for each party file and serve a list of exhibits he intends to offer in evidence at the trial of this case on the form entitled Exhibit Index and have all available exhibits premarked using the stickers provided by the Clerk of Court by May 7, 2008;

That counsel for each party file and serve requested jury voir dire examination questions by or before noon, Wednesday, May 14, 2008;

That counsel for each party file and serve, in accordance with the requirements of Local Rule 51.1, requested jury instructions by or before noon, Wednesday, May 14, 2008.  Counsel are requested to provide proposed jury instructions in both hard copy form, as required by Local Rule 51.1, and by e-mail to the trial judge's courtroom deputy.

## XI.  UNUSUAL QUESTIONS OF LAW

No motions in limine are anticipated.  There are no unusual questions of law.

## XII.  TRIAL SETTING

All counsel and the defendant were informed that this case will be listed for trial on the joint criminal jury trial docket which commences on May 19, 2008.  **Counsel request the first week of the trial docket because one of the government's witnesses is in the military and has to be out of the country the second week of the docket.**

_/s/ Robert E. Larsen_
ROBERT E. LARSEN
U. S. Magistrate Judge

Kansas City, Missouri
May 7, 2008

3

cc:    The Honorable Scott O. Wright
        Mr. John Wood
        Mr. Bruce Clark
        Mr. David Kelly
        Mr. Jeff Burkholder

4